IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHARLES ANDERSON,

    Plaintiff,

VS.                              NO. 04-2683-MaV

FEDEX CORPORATION, ET AL.,

    Defendants.

## ORDER OF DISMISSAL

The plaintiff has filed a notice of dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. It is therefore ORDERED that the above referenced matter is DISMISSED without prejudice as to all parties.

It is so ORDERED this 25th day of October, 2004.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-28-04

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:04-CV-02683 was distributed by fax, mail, or direct printing on October 28, 2004 to the parties listed.

---

Michael S. Davis
SCHNEIDER & WALLACE
345 Hill Street
San Francisco, CA 94114

Guy Wallace
SCHNEIDER & WALLACE
180 Montgomery Street
Suite 2000
San Francisco, CA 94104

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT